AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Mikael Johnson<br><br>*Defendant(s)* | Case No.  6:16mj4 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 7, 2016__ in the county of __Henderson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Amanda Johnson, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/8/16

_____
*Judge's signature*

City and state:  Tyler, Texas

K. Nicole Mitchell, United States Magistrate Judge
*Printed name and title*